**Electronically Filed
Supreme Court
SCAD-20-0000403
03-AUG-2021
07:51 AM
Dkt. 124 ORD**

SCAD-20-0000403

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,

vs.

EARLE A. PARTINGTON (HI Bar No. 1568),
Respondent.

---

ORIGINAL PROCEEDING
(ODC Case No. 19-0297)

<u>ORDER DENYING REINSTATEMENT</u>
(By: Recktenwald, C.J., Nakayama, and McKenna, JJ.,
Intermediate Court of Appeals Chief Judge Ginoza,
in place of Wilson, J., recused, and Intermediate Court of
Appeals Associate Judge Leonard, assigned by reason of vacancy)

Upon consideration of Respondent Earle A. Partington's July 30, 2021 declaration and the record in this matter, it appears that Respondent Partington's declaration does not comply with Rule 2.17(b)(2) of the Rules of the Supreme Court of the State of Hawai'i (RSCH) (to wit, that an attorney suspended for one year of less aver, for the period of suspension, that the attorney "has complied with the suspension order . . . ."). Therefore,

IT IS HEREBY ORDERED that Respondent Partington's reinstatement is denied, without prejudice to the filing of an affidavit, or a declaration as authorized by Rule 52 of the Hawaiʻi Rules of Appellate Procedure, complying with RSCH Rule 2.17(b)(2).

DATED: Honolulu, Hawaiʻi, August 3, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Lisa M. Ginoza

/s/ Katherine G. Leonard